JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTONIO FERNANDO MELARA, <br><br> Petitioner, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, et al., <br><br> Respondents. | Case No. EDCV 17-2275 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Findings of Fact and Conclusions of Law, the Court GRANTS Petitioner's motion for review of application for naturalization against Respondents Alejandro Mayorkas, Secretary of the Department of Homeland Security, et al.  Judgment is entered as follows:

1. Petitioner has met his burden of proving each element for naturalization by a preponderance of the evidence.
2. Respondents are ordered to schedule an oath ceremony and issue a certificate of naturalization in Petitioner's name.
3. Petitioner is ordered to file a motion for attorneys' fees to effectuate the request made in his motion for review of application for naturalization.

1  4.   Any and all such other relief as is appropriate and necessary to affect the
2       production of certificate of naturalization.

5  Dated: October 28, 2021

                                    _____
                                    THE HONORABLE JESUS G. BERNAL
                                    United States District Judge